# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DR. GREEN RELIEF, LLC, a
Florida Limited Liability Company
and GREEN MEDICAL
MARKETING, LLC, a Florida
Limited Liability Company,

    Plaintiffs,

v.                                                                       Case No. 3:22-cv-7-TJC-MCR

DR. CHIDI UCHE, an individual,
DR. GREEN RELIEF RX LLC, a
Florida Limited Liability
Company, JACKSONVILLE
URGENT CARE LLC, a Florida
Limited Liability Company, and
TIMELESS MED SPA, BODY
SCULPTING CENTER, LLC, a
Florida Limited Liability Company,

    Defendants.

## O R D E R

This case is before the Court on review of United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. 57). Judge Richardson recommends that this case be dismissed without prejudice for Plaintiffs' failure to prosecute and failure to respond to the Court's April 7, 2023 Show Cause Order (Doc. 53). No party has filed an objection to the Report and

Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 57), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 57) is **ADOPTED** as the opinion of the Court.

2. The case is **DISMISSED without prejudice**.

3. The Clerk should terminate any pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 26th day of June, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record

Dr. Green Relief, LLC
c/o Jordan Groussman
1058 North Tamiami Trail 108-113
Sarasota, FL 34236
Email: rich.obren@yahoo.com

Green Medical Marketing, LLC
c/o Jordan Groussman
1058 North Tamiami Trail 108-113
Sarasota, FL 34236
Email: rich.obren@yahoo.com

Dr. Green Relief RX LLC
c/o Dr. Chidi Uche
1126 University Blvd North Jacksonville, FL 32211
Email: jaxtotalcare@outlook.com

Jacksonville Urgent Care, LLC
c/o Dr. Chidi Uche
1126 University Blvd North Jacksonville, FL 32211
Email: jaxtotalcare@outlook.com

Timeless Med Spa, Body Sculpting Center, LLC
c/o Dr. Chidi Uche
1126 University Blvd North
Jacksonville, FL 32211
Email: jaxtotalcare@outlook.com

Dr. Chidi Uche
1126 University Blvd North
Jacksonville, FL 32211
Email: jaxtotalcare@outlook.com